**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARLOS V., Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| FRANK J. BISIGNANO,[1] Commissioner of Social Security, Defendant. | : | No. 23-3948 |

**ORDER**

**AND NOW,** this 17th day of November, 2026, upon consideration of the Plaintiff's Request for Review (ECF No. 9), and any responses and replies thereto, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;
2. Judgment will be entered by separate order filed contemporaneously with this order.
3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
United States Magistrate Judge

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).