**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARLOS V.,<br>Plaintiff,<br>v.<br><br>FRANK J. BISIGNANO,[1]<br>Commissioner of Social Security,<br>Defendant. | : | CIVIL ACTION<br><br><br><br>No. 23-3948 |

**JUDGMENT**

**AND NOW,** this 17th day of November, 2026, in accordance with the Court's separate Order denying Plaintiff's petition for remand, filed contemporaneously with this Judgment, and pursuant to Federal Rule of Civil Procedure 58(a), it is hereby **ORDERED** that **JUDGMENT** is entered in **FAVOR** of Defendant Frank Bisignano, Commissioner of Social Security, and **AGAINST** the Plaintiff, Carlos V.

BY THE COURT:

_*s/Pamela A. Carlos*__________
PAMELA A. CARLOS
United States Magistrate Judge

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).